IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WADELL BRADSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 7:14-CV-180 (MTT) |
| | ) |
| T C METZNER McDONALD'S INC., | ) |
| TRI-STATE MANAGEMENT | ) |
| CORPORATION, and TC METZNER | ) |
| d/b/a McDONALD'S, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court are Defendants Tri-State Management Corporation's and T C Metzner McDonald's Inc.'s motions to dismiss.  (Docs. 13; 14).   Tri-State Management has moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, and T C Metzner McDonald's has moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.[1]  Plaintiff Wadell Bradshaw has responded that he does not oppose the dismissal of these Defendants.  Therefore, the Defendants' motions to dismiss are **GRANTED**.  (Docs. 13; 14).   Defendants Tri-State Management Corporation and T C Metzner McDonald's Inc. are **DISMISSED without prejudice**.

**SO ORDERED,** this 23rd day of March, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT

---

[1] T C Metzner McDonald's has also moved to quash service of process, but given that the Court is dismissing it as a defendant in this case, this request is moot.